# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
MAY 30 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Hakeem

D

JOHNSON
(Full name of the Plaintiff(s) in this action)

v.

LMPD
Louisville
Metro
Police
Department
(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:23cv272JHM
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(✓) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Hakeem D Johnson

Place of Confinement: LMDC

Address: 400 South Six Street

Status of Plaintiff: CONVICTED ( )   PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: Hakeem D Johnson

Place of Confinement: LMDC

Address: 400 South Sixth Street

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (✓)

(3) Name of Plaintiff: Hakeem D Johnson

Place of Confinement: Louisville Metor

Address: 400 South Sixth Street

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (✓)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant LMDC is employed as LOUISVEL at METRO.

The Defendant is being sued in his/her (✓) individual and/or ( ) official capacity.

(2) Defendant POLICE is employed as DEPARTMENT at OF CORRECTIONS.

The Defendant is being sued in his/her (✓) individual and/or ( ) official capacity.

(3) Defendant LMDC is employed as LOUISVILLE at METRO.

The Defendant is being sued in his/her (✓) individual and/or ( ) official capacity.

(4) Defendant DEPARMET is employed as OF at CORRCTIO.

The Defendant is being sued in his/her (✓) individual and/or ( ) official capacity.

2

(5) Defendant __LMOC__ is employed as __LOUISVILLE__ at __METRO__.

The Defendant is being sued in his/her (✓) individual and/or (__) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (__) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): __Hakeem D Johnson__

Defendant(s): __Police Department__

Court (if federal court, name the district. If state court, name the county): __Jefferson County__

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: __04-13__

Approximate date of disposition: __04-13__

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

MED MAKEING NECK HEART PAIN BAD CANT TAKE IT
MEDICATION NAME: ZYPREXA 0?5

OWE MONEY BAD PURG DONT WONT TO BUY ELRGICT DONT KNOW WHO OR WHAT ITS FOR BUT DEALTH NEVER TOOK BEFORE OVER AND OVER BEEN TRICKED TO TAKE IT
SUE FOR HARAS.

## III. STATEMENT OF CLAIM(S) continued

AND DISRESPECT AND LIE OVER AND OVER TO BAD PEOPLE NOT GOOD DURG I DON'T DO DURGS DON'T LEKE DURGS NASTY TASTE TRICKY NOT THE KIDE OF DRUG I WONT TO BUY RICH MAN STOLEN GOLD NEVER GAVE BACK WONT MY GOLD AND MONEY NOT NICE STILL MAD NEED MY MONEY AND FREEDOM

5

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

_1_ award money damages in the amount of $ __1,274.00__

_2_ grant injunctive relief by __8/4/13__

_3_ award punitive damages in the amount of $ __9,234.12__

_4_ other: __GOID  1,234.00__

V. **DECLARATION UNDER PENALTY OF PERJURY**
   (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This ___ day of __04/13__, 20_23_

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __04/13__.

_____
(Signature)

6



Louisville KY, 40202
601 W. Broadway
Room 106 Gene Snyder
United States Court House

2111 Wilson ave.
Louisville Ky.
40210-1459

FILED
JAMES J. VILT, JR. - CLERK
MAY 30 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

JAIL MAIL
UNCENSORED
Louisville Metro Corrections Department
Not Responsible

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

